UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PRIMO C NOVERO,

    Plaintiff,

v.                                                    Case No: 5:16-cv-571-Oc-39PRL

DUKE ENERGY, URS ENERGY AND
CONSTRUCTION INC. and CDI
CORPORATION

    Defendants.

## ORDER

On July 31, 2017, Defendants filed a motion to compel related to Plaintiff's expert disclosure and requesting an extension of time to submit their expert reports. (Doc. 51). Shortly thereafter, the District Judge dismissed Plaintiff's complaint with leave to file an amended complaint on or before August 24, 2017. (Doc. 52). The Court is disinclined to address case scheduling and discovery disputes unless and until Plaintiff files an amended complaint. Accordingly, Defendants' motion (Doc. 51) is **DENIED** without prejudice at this time.

**DONE** and **ORDERED** in Ocala, Florida on August 16, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties